DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENIN MARTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2438

[December 4, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2018-CF-004340-AXXX-MB.

Lenin Martin, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***